# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 84 EAL 2016
                                    :

           Respondent         :  Petition for Allowance of Appeal from
                                    :  the Order of the Superior Court
                                    :

                v.               :

MARKEA GOLPHIN,  :

           Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.